**Writ of Mandamus Denied and Opinion Filed December 3, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01649-CV

### IN RE MAGNUM HUNTER RESOURCES CORPORATION, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02198**

## MEMORANDUM OPINION
Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Lang

Before the Court is Magnum Hunter Resources Corporation's Petition for Writ of Mandamus. Relator contends the trial judge erred in ordering the production of certain reserve reports. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Douglas S. Lang/
DOUGLAS LANG
JUSTICE

131649F.P05